**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                            )<br>            Plaintiff,              )<br>                                                            )<br>                                                            )<br>    vs.                                                 )<br>                                                            )<br>ARNOLD ROBBEN,                   )<br>                                                            )<br>            Defendant.          )<br>                                                            ) | 4:99CR3094<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

Pursuant to 18 U.S.C. § 3142(f)  and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

  X    The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

  ____   The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
<u>during a search of the defendant's residence, which occurred after the detention hearing before the Kansas magistrate judge, evidence was found which indicated the defendant was collecting or had access in his home to sexually explicit materials, including a video of a woman reportedly under the age of 18, and evidence that the defendant was planning and did contact a past victim.  The defendant poses a risk of harm and is likely to re-offend if released.</u>

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;  the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:    November 14, 2011                        BY THE COURT:

                                                                          *s/Cheryl R. Zwart*
                                                                          United States Magistrate Judge