**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>            Plaintiff,                       )<br>                                                       )<br>   vs.                                            )<br>                                                       )<br> ARNOLD ROBBEN,                 )<br>                                                       )<br>            Defendant.                    )<br>                                                       ) | 4:99CR3094<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

   Pursuant to 18 U.S.C. § 3142(f)  and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

   The above-named defendant shall be detained until further order, because:

   __X__   The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

   _____   The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
<u>the defendant's conduct exhibits a lack of candor when communicating with his supervising officers, a lack of willingness to comply with the terms of his supervised release, and an escalation of prohibited conduct such that release to any facility at this time, including a BOP halfway house, poses a risk of harm to the public.</u>

**IT HEREBY IS FURTHER ORDERED:**

   The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;  the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   November 17, 2011               BY THE COURT:

                                                                      *s/Cheryl R. Zwart*
                                                                      Cheryl R. Zwart
                                                                      United States Magistrate Judge