IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:99CR3094 |
| v. | ) | |
| ARNOLD ROBBEN, | ) | ORDER |
| Defendant. | ) | |

Attached hereto is an inventory of items seized by the United States Probation Office. That office seeks permission to destroy or otherwise dispose of the items.

IT IS ORDERED that:

1. The defendant shall have until the close of business on October 5, 2012 to object to the request of the United States Probation Office. If the defendant wishes to object, he shall file a written objection in the court file supported by an explanation of why the defendant objects and the legal basis for the objection.

2. The Clerk shall mail a copy of this order and the attached inventory to the defendant at his last known address.

3. The Clerk shall provide counsel of record with a copy of this order and the attached inventory.

4. The undersigned will rule upon the request of the United States Probation Office on or after October 9, 2012. My chambers shall bring this matter to my attention at that time.

DATED this 5th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge