IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3094 |
| | ) | |
| V. | ) | |
| | ) | |
| ARNOLD ROBBEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the United States Probation Office's request for permission to destroy or otherwise dispose of the items listed on the inventory attached to the order appearing as filing no. 77 is granted.

DATED this 10th day of October, 2012.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge